# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

Wendy McDonald,
Plaintiff

v.

Jared Fogle;
Subway Inc;
Doctor's Associates Inc;
Defendants

8:16 cv 23 T17 MAP

## Emergency Motion For Preliminary Injunction Temporary Restraining order, TRO

Comes Now, the Plaintiff, Facing Imminent danger and Bodily Harm From Jared Fogle and Subway Inc. I put my trust in Jared Fogle, watching him everyday on Subway commercials inspired me to lose weight and Now I know it was a sham. Defendants are involved with False Advertising, deceptive practices, consumer Fraud. Subway Inc used photoshop to make it look like Jared Fogle lost weight and Before Every Subway commercial Jared Fogle took boxes of laxatives and Diuretics so he would look skinny. Jared Fogle was also Bulimic I saw him put his Finger in his Mouth outside Subway In Tampa in the Garbage. Then I personally saw Jared From Subway in a Tampa Subway on his wifi in a Back Booth downloading child pornography at the company he works for. This is a disgrace. Jared Fogle would also go on Match.com and pose as a 18 year old and tell minors to meet him at Subway For Sex giving them Subway Gift Cards as secret payments

p. 2

Jared Fogle is a danger to all communities including Tampa, I seek a restraining order and injunction Against Jared Fogle for ever Entering a Subway Sandwitch shop ever and Banning Jared Fogle from Schools, Day Cares, roller rinks. I also seek to modify conditions of Jareds federal supervised Release to put a Gps on him for life for his lifetime Supervised Release to Assure the public is safe, Jared Fogle is a Dangerous wolf in sheeps clothing. I hold Subway Inc personally responsible for turning a blind eye on Jareds Disgusting Behavior knowing Jared Fogle was having sex with minors in Subways Parking lots and Behind Subways counters, I seek a restraining order banning all Subway commericials, I seek Background checks of all Subway Employees, our Society has More Jareds out there and I'm whistle blowing, I pray for All victims of sexual Abuse-my heart goes out to you. Also - put Jared Fogle in solitary confinement because he is using his Subway Earnings to Eat commissary with other convicted Pedophiles in federal prison, a big Pow Wow. God Bless America.

Respectfully Submitted,

12-31-15

Wendy McDonald
15 South 8th St.
Philadelphia, PA 19106