31 DEC 2015 PM 5 L

Henry McDonald
115 Sorth 8th St.
Philadelphia, PA 19106

United States District Courthouse
801 North Florida Ave
Tampa, Florida 33602

33602380055